UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

United States,

    -against-

Stanley Bruce,

        Defendant.

--------------------------------------------------------x

ORDER

Docket No. 11 CR 00630 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Matthew John Galluzzo, is to assume representation of the defendant in the above captioned matter as of April 28, 2023. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is The Law Office of Matthew Galluzzo PLLC, 11 Broadway, Suite 715 New York, NY 10004, phone number (212) 344-5180, Email: matthew.galluzzo@gjllp.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 28, 2023