UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **SCHEDULING ORDER**
                                    :
STANLEY BRUCE,                      :
                                    :     7:11-cr-630-6 (PMH)
          Defendant.                :
------------------------------------------------------------x

    Based on the Parties' representation to the Court that the Defendant intends to admit to certain specifications in the Violation of Supervised Release Report, an admission and sentencing hearing is scheduled for November 24, 2025 at 10:30 a.m. in Courtroom 520 at the White Plains Courthouse. By November 17, 2025, counsel shall file a letter including their positions concerning the anticipated plea and sentencing and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the hearing.

    It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at the time of the hearing.

**SO ORDERED:**

Dated: White Plains, New York
      November 5, 2025

_____
Philip M. Halpern
United States District Judge